UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VINCENT JOBO, A 201 942 517, | § § § § § § § § § § § § § § § § § § § § § | |
| Petitioner, | | |
| v. | | SA-25-CV-687-JKP (HJB) |
| KRISTI NOEM, Secretary of Homeland Security; PAMELA BONDI, United States Attorney General; BOBBY THOMPSON, Warden South Texas ICE Processing Center; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; MIGUEL VERGARA, Field Officer Director San Antonio Field Office, United States Immigration and Customs Enforcement; VINCENT MARMOLEJO, Assistant Field Office Director, ICE San Antonio Field Office, United States Immigration and Customs Enforcement; in their Official Capacities, | | |
| Respondents. | | |

**CORRECTED ORDER SETTING IN-PERSON
EVIDENTIARY HEARING[1]**

The matter before the Court is Petitioner's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Docket Entry 1). This case was referred to undersigned on June 22, 2025, pursuant to 28 U.S.C. § 636.

The Court, having reviewed Petitioner's Petition (Docket Entry 1), Respondents' response (Docket Entry 10) and Petitioner's reply (Docket Entry 11), finds that an evidentiary hearing is warranted in this case.

Accordingly, it is hereby **ORDERED** that an Evidentiary Hearing on Petitioner's Petition

---

[1] The correction made in this Order was the correcting of Petitioner's "A" number.

for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Docket Entry 1) is set for **1:30 P.M.** on **September 9, 2025**, in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

Petitioner's presence is necessary for the Evidentiary Hearing. Since Petitioner is currently incarcerated at the South Texas ICE Processing Center in Pearsall, Texas, the Court will issue an Order for Issuance of Writ of Ad Testificandum following this Order.

**SIGNED** on July 16, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge