UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VINCENT JOBO, A 201 942 517, | § § § | |
| Petitioner, | § § | |
| v. | § § | SA-25-CV-687-JKP (HJB) |
| KRISTI NOEM, Secretary of Homeland Security; PAMELA BONDI, United States Attorney General; BOBBY THOMPSON, Warden South Texas ICE Processing Center; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; MIGUEL VERGARA, Field Officer Director San Antonio Field Office, United States Immigration and Customs Enforcement; VINCENT MARMOLEJO, Assistant Field Office Director, ICE San Antonio Field Office, United States Immigration and Customs Enforcement; in their Official Capacities, | § § § § § § § § § § § § § § § | |
| Respondents. | § | |

**ORDER DIRECTING THE ISSUANCE OF
WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

This case is set for an Evidentiary Hearing on **September 9, 2025**, at **1:30 P.M.**, before the Honorable Henry J. Bemporad in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.  (Docket Entry 13.)

The presence of Petitioner Vincent Jobo, A 201 942 517, who is currently in the custody of Warden Bobby Thompson of the South Texas ICE Processing Center, is necessary at the Evidentiary Hearing.

Accordingly, the Clerk is hereby **ORDERED** to:

(1)   once executed, enter the Writ attached to this Order into the court record;

(2) provide copies by U.S. Certified Mail of the Corrected Order Setting In-Person Evidentiary Hearing (Docket Entry 13), this Order, and the writ to **Warden Bobby Thompson, South Texas ICE Processing Center, 566 Veterans Drive, Pearsall, Texas 78061**, and enter the returned certified mail receipt into record.

(3) deliver courtesy copies of the Corrected Order Setting In-Person Evidentiary Hearing (Docket Entry 13), this Order, and the writ to the office of the U.S. Marshal, Western District of Texas, San Antonio Division;

It is **FURTHER ORDERED** that if Petitioner Jobo is moved from his present unit before the date of the Evidentiary Hearing, Warden Thompson must contact Court chambers immediately with his new location by email to wendy_branham@txwd.uscourts.gov.

**SIGNED** on July 16, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VINCENT JOBO, A 201 942 517, | § § § § | |
| Petitioner, | | |
| v. | § § | SA-25-CV-687-JKP (HJB) |
| KRISTI NOEM, Secretary of Homeland Security; PAMELA BONDI, United States Attorney General; BOBBY THOMPSON, Warden South Texas ICE Processing Center; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; MIGUEL VERGARA, Field Officer Director San Antonio Field Office, United States Immigration and Customs Enforcement; VINCENT MARMOLEJO, Assistant Field Office Director, ICE San Antonio Field Office, United States Immigration and Customs Enforcement; in their Official Capacities, | § § § § § § § § § § § § § § § § | |
| Respondents. | § | |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**TO:**     **Warden Bobby Thompson**
            **South Texas ICE Processing Center**
            **566 Veterans Drive**
            **Pearsall, Texas 78061**
            **(830) 334-2939**

You are hereby **ORDERED** to deliver the body of Petitioner **Vincent Jobo**, **A 201 942 517**, a prisoner in your custody, for an Evidentiary Hearing in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207, on **September 9, 2025**, at **1:30 P.M.**

This writ shall be your or your representative's authority to enter the U.S. Courthouse premises. You or your representative must remain with Petitioner during the proceedings until

termination of the hearing and you must coordinate any logistics with the U.S. Marshal, U.S. Marshal, Western District of Texas, San Antonio Division.

**SIGNED** on July 16, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge

And the Seal of this Court hereto affixed this day of _____, 2025.
PHILLIP J. DEVLIN,
CLERK OF COURT

BY: _____
Deputy Clerk