UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VINCENT JOBO, A 201 942 517, | § § § § § § § § § § § § § § § § § § § § § | |
| Petitioner, | | |
| v. | | SA-25-CV-687-JKP (HJB) |
| KRISTI NOEM, Secretary of Homeland Security; PAMELA BONDI, United States Attorney General; BOBBY THOMPSON, Warden South Texas ICE Processing Center; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; MIGUEL VERGARA, Field Officer Director San Antonio Field Office, United States Immigration and Customs Enforcement; VINCENT MARMOLEJO, Assistant Field Office Director, ICE San Antonio Field Office, United States Immigration and Customs Enforcement; in their Official Capacities, | | |
| Respondents. | | |

**ORDER CANCELLING IN-PERSON
EVIDENTIARY HEARING**

The matter before the Court is the parties' Joint Motion to Continue Evidentiary Hearing. (Docket Entry 19.)  Pretrial matters have been referred to the undersigned for disposition, pursuant to 28 U.S.C. § 636(b).  (*See* Docket Entry 5.)

The parties' joint motion (Docket Entry 19) is **GRANTED**, and the evidentiary hearing on September 9, 2025, is **CANCELLED**.  The parties are excused from appearing on that date.  As such, the Writ of Habeas Corpus Ad Testificandum issued for Petitioner is **MOOT** and Warden Thompson is no longer required to bring Petitioner to Court on September 9, 2025.

The parties must file a Joint Advisory on or before **September 30, 2025**, as to the status of Petitioner's removal to South Africa. If necessary, the Court will reset the evidentiary hearing and issue another writ after it has considered the parties' Joint Advisory.

It is so **ORDERED**.

**SIGNED** on September 5, 2025.

Henry J. Bemporad
United States Magistrate Judge